

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00385-CV

Carol G. **LANGE**,
Appellant

v.

Antonio **GUZMAN**, Jr. and Belinda Patricia Guzman,
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW2100725
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellant to pay the costs of this appeal.

SIGNED July 10, 2024.

_____
Irene Rios, Justice